[DO NOT PUBLISH]


IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No.  13-14116
Non-Argument Calendar
_____

D.C. No. 5:11-cv-00099-LGW-JEG


ROW EQUIPMENT SALES & RENTAL, INC.,

Plaintiff-Appellant,

versus


GRANGE MUTUAL CASUALTY COMPANY,
d/b/a Grange Insurance,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____
(January 7, 2014)



Before HULL, MARCUS, and HILL, Circuit Judges.

PER CURIAM:

Having reviewed the record and considered the arguments of the parties contained in their briefs, we affirm the district court in all respects related to this appeal for the reasons stated by the district court.

AFFIRMED.